IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF OHIO, THE SIERRA CLUB, and NATURAL RESOURCES DEFENSE COUNCIL, <br><br>Plaintiffs, <br><br>v. <br><br>CLEVELAND-CLIFFS STEEL CORPORATION, <br><br>Defendant. | Civil Action No. C-1-00530 |

## NOTICE OF APPEARANCE

Notice is hereby given that Rebecca J. Riley, of the Natural Resources Defense Council, will appear and represent Plaintiffs Sierra Club and Natural Resources Defense Council as counsel in the above-captioned action. Ms. Riley is admitted to this Court and is registered in the Court's electronic filing system. Ms. Riley's contact information is as follows:

Respectfully submitted,

*/s/ Rebecca Riley*

Natural Resources Defense Council
20 North Wacker Drive
Suite 1600
Chicago, IL 60606
rriley@nrdc.org
T: 312-651-7913

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2024, I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties in the case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rebecca Riley*

Rebecca Riley
Counsel for Sierra Club and Natural Resources
      Defense Council